UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LORRAINE SOMERVILLE, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
   v. )
) **CASE NO. 5:17-CV-111-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on September 20, 2017, and Copies To:**
Charlotte Williams Hall         (via CM/ECF electronic notification)
Leah F. Golshani         (via CM/ECF electronic notification)

DATE:         PETER A. MOORE, JR., CLERK
September 20, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk