IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:17-cv-111-D

| | |
|---|---|
| LORRAINE SOMERVILLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR PAYMENT |
| v. ) | OF ATTORNEY FEES |
| ) | UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL, ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $3,040.00 in attorney fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED. This __2__ day of November 2017.

JAMES C. DEVER III
Chief United States District Judge