UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LORRAINE SOMERVILLE, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:17-CV-111-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff the sum of $3,040.00 in attorney fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**This Judgment Filed and Entered on November 2, 2017, and Copies To:**
Charlotte Williams Hall         (via CM/ECF electronic notification)
Leah F. Golshani         (via CM/ECF electronic notification)

DATE:         PETER A. MOORE, JR., CLERK
November 2, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk